EJK:JN
F.#2012R01186

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 14 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MARTIN RAFAEL LOPEZ MOLINA,

         Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 12-0529

(T. 21, U.S.C.,
§§ 841(a)(1),
841(b)(1)(B)(ii)(II),
952(a), 960(a)(1) and
960(b)(2)(B)(ii); T. 18,
U.S.C., §§ 3551 et seq.)

TOWNES, J.

THE GRAND JURY CHARGES:

COUNT ONE
(Importation of Cocaine)

On or about July 19, 2012, within the Eastern District of New York and elsewhere, the defendant MARTIN RAFAEL LOPEZ MOLINA did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Possession of Cocaine with Intent to Distribute)

On or about July 19, 2012, within the Eastern District of New York, the defendant MARTIN RAFAEL LOPEZ MOLINA did knowingly and intentionally possess with intent to distribute a

controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

2

F#2012R01186
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*MARTIN RAFAEL LOPEZ MOLINA,*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 952(a), 960(a)(1) and 960(b)(2)(B)(ii); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ [signature] _____
Foreman

Filed in open court this _____ day, of _____ A.D. 20 ____

_____
Clerk

*Bail, $* _____

*Julia Nestor, Assistant U.S. Attorney (718-254-6297)*